**Order entered December 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01020-CR
No. 05-16-01021-CR
No. 05-16-01022-CR
No. 05-16-01023-CR

**JESSE GLEN SANCHEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-39523-M, F12-50728-M, F12-63898-M & F13-56986-M**

## ORDER

We **REINSTATE** these appeals.

On December 7, 2016, we abated these appeals for the trial court to make findings regarding why the reporter's record had not been filed. On December 12, 2016, the reporter's record was filed. In the fourth volume of the reporter's record, however, several exhibits are missing; specifically, the missing exhibits are exhibit 14 ("DVD condense"), exhibit 15 ("DVD original"), exhibit 16 ("DVD jail calls"), exhibit 18 ("DVD"), and exhibit 21 ("DVD").

We **ORDER** court reporter Yolanda Atkins to file a supplemental reporter's record containing these five exhibits within **TEN DAYS** of the date of this order. Should Ms. Atkins

fail to do so, the Court will utilize its available remedies, which may include ordering that Yolanda Atkins not sit as a court reporter until she files the supplemental reporter's record containing the five exhibits detailed above in these appeals.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Yolanda Atkins, court reporter, Belinda Baraka, court reporter, and to counsel for all parties.

/s/    LANA MYERS
        JUSTICE